UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-04752-ODW (SKx) | Date | August 21, 2024 |
|---|---|---|---|
| Title | *Yuri Doering v. Reggie's Liquor, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                    **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 24) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1.     The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2.     Plaintiff's Motion for Default Judgment, (ECF No. 20), is **DENIED AS MOOT**.

3.     All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                    _____  :  ___00___

                                        Initials of Preparer   SE